**FILED**

02/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0735

IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 24-0735

STATE OF MONTANA,

          Plaintiff/Appellee,

                                    ORDER

vs.

ZACHARY ELLIS,

          Defendant/Appellant.

UPON REVIEW of the Appellant's unopposed Motion for a second extension of time to submit his opening brief in this matter, and good cause appearing therefrom;

It is hereby ORDERED that the Appellant's Motion is granted. The opening brief shall be due by March 19, 2025.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 14 2025